UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT WM. WILSON,

    Plaintiff,

V.                                          Case No: 2:11-CV-607-FtM-29SPC

J.P. MORGAN CHASE BANK,
SECURITY NATIONAL
SERVICING CORPORATION,
GIRARD SAVINGS BANK,
CITIBANK, ONTRA, INC.,
BRISTOL OAKS, ALASKA
SEABOARD, FLORIDA DEFAULT
LAW GROUP, ROGER BEAR,
JOSEPH RUSHING, WILLIAM
HUFFMAN, THOMAS M. MOON,
BARBARA LEON, ERIC T.
MAGOON, J. ANTHONY VAN
NESS, CHRISTINA PAPPAS,
KIERSTEN JENSEN, ROBERT S.
KAHANE, ROBERT C. HILL, JULIE
H. SCHEIDTER, THOMAS J.
WOHL, CHARLIE GREEN, OFFICE
OF COURT ADMINISTRATION,
20TH JUDICIAL CIRCUIT and
FRANCIS LYNN GERALD

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This matter comes before the Court on Order to Show Cause (Doc. #5) entered by the undersigned on March 23, 2012. In its Order to Show Cause, this Court noted that this suit was

1

filed by Plaintiff *pro se* on October 24, 2011. Since that time there has been no further activity in the case and it does not appear that Defendants have been served. Thus, the Court directed Plaintiff to show cause on or before April 12, 2012, why he has failed to serve the Defendants within the time period prescribed by the Federal Rules. In that Order to Show Cause, the Court indicated that failure to respond could result in this action being dismissed without prejudice. To date, Plaintiff has failed to respond and there is no indication that Plaintiff has not received this Court's Orders.

A court may act *sua sponte* to dismiss a suit for failure to prosecute. Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

Accordingly, it is now **RECOMMENDED:**

This action be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this 26th Day of April, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record