UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


ROBERT WM. WILSON,

                Plaintiff,


vs.                                    Case No.  2:11-cv-607-FtM-29SPC


J.P. MORGAN CHASE BANK, as Trustee
of Security National Mortgage Loan
Trust 2001-1, SECURITY NATIONAL
SERVICING CORPORATION, GIRARD
SAVINGS BANK, CITIBANK, ONTRA,
INC., BRISTOL OAKS, ALASKA SEABOARD,
FLORIDA DEFAULT LAW GROUP, and their
named/senior partners formerly known
as ECHEVARRIA, CODILIS & STAWIARSKI,
ROGER BEAR, 304212, JOSEPH RUSHING,
28365, WILLIAM HUFFMAN, 31084,
THOMAS M. MOON, 386588, BARBARA
LEON, 582115, ERIC T. MAGOON,
562300, J. ANTHONY VAN NESS, 391832,
CHRISTINA PAPPAS, 715589, KIERSTEN
JENSEN, 667854, ROBERT S. KAHANE,
946850, JR. ROBERT C. HILL,
241891, JULIE H. SCHEIDTER, 0434817,
THOMAS J. WOHL, 0022131, CHARLIE
GREEN, Clerk of the Circuit, JR.
Court, OFFICE OF COURT
ADMINISTRATION, 20th Judicial
Circuit, FRANCIS LYNN GERALD,
111328, in his individual capacity,

                Defendants.

_____


**OPINION AND ORDER**


    This matter is before the Court on consideration of the

Magistrate Judge's Report and Recommendation (Doc. #6), filed May

11, 2012, recommending that the action be dismissed for failure to

prosecute.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #6) is hereby **adopted** and the findings incorporated herein.

    2.   The Clerk shall enter judgment **dismissing** the case without prejudice for failure to prosecute, terminate all deadlines and motions, and close the file.

    **DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of June, 2012.

                            JOHN E. STEELE
                            United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties