UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT WM. WILSON,

    Plaintiff,

vs.     Case No. 2:11-cv-607-FtM-29SPC

J.P. MORGAN CHASE BANK, as Trustee of Security National Mortgage Loan Trust 2001-1, SECURITY NATIONAL SERVICING CORPORATION, GIRARD SAVINGS BANK, CITIBANK, ONTRA, INC., BRISTOL OAKS, ALASKA SEABOARD, FLORIDA DEFAULT LAW GROUP, and their named/senior partners formerly known as ECHEVARRIA, CODILIS & STAWIARSKI, ROGER BEAR, 304212, JOSEPH RUSHING, 28365, WILLIAM HUFFMAN, 31084, THOMAS M. MOON, 386588, BARBARA LEON, 582115, ERIC T. MAGOON, 562300, J. ANTHONY VAN NESS, 391832, CHRISTINA PAPPAS, 715589, KIERSTEN JENSEN, 667854, ROBERT S. KAHANE, 946850, JR. ROBERT C. HILL, 241891, JULIE H. SCHEIDTER, 0434817, THOMAS J. WOHL, 0022131, CHARLIE GREEN, Clerk of the Circuit, JR. Court, OFFICE OF COURT ADMINISTRATION, 20th Judicial Circuit, FRANCIS LYNN GERALD, 111328, in his individual capacity,

    Defendants.
_____

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #6), filed May 11, 2012, recommending that the action be dismissed for failure to

prosecute. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #6) is hereby **adopted** and the findings incorporated herein.

2.  The Clerk shall enter judgment **dismissing** the case without prejudice for failure to prosecute, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of June, 2012.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties